BEFORE THE SECOND DIVISION, OCTOBER 23, 1968

**No. P68/445.**—I. B. Cohen & Sons Corp. *v.* United States, protest 60/15154 (New York).

**No. P68/446.**—Traveler Trading Co. *v.* United States, protests 64/9954, etc. (New York).

**No. P68/447.**—William Shaland Corp. et al *v.* United States, protests 64/12083, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co. et al.* v. *United States* (49 Cust. Ct. 301, Abstract 67195), the claim of the plaintiffs was sustained.

**No. P68/448.**—Novelty Import Co., Inc. *v.* United States, protest 65/1158 (New York).

**No. P68/449.**—Levin Bros. *v.* United States, protest 65/7936 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature pocketknives similar in all material respects to those the subject of *Paul E. Sernau, Inc.* v. *United States* (46 Cust. Ct. 514, Abstract 65737), the claim of the plaintiffs was sustained.

**No. P68/450.**—Lantoy Sales Co., Inc., and Langfelder, Homma & Carroll, Inc. *v.* United States, protests 60/1500 and 59/20001 (New York).

RAO, C.J. In accordance with stipulation of counsel, that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

**No. P68/451.**—Banton Corporation and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 63/7602, etc. (San Francisco).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of steel strips similar in all material respects to those the subject of *Geo. S. Bush & Co., Inc., and Heidner & Co.* v. *United States* (52 Cust. Ct. 344, Abstract 68544), the claim of the plaintiffs was sustained.